## 17190.　RUCKER v. THE STATE.

LUKE, J.　Rucker was indicted for assault with intent to murder, and the jury, as they were authorized to do under the evidence, found the defendant guilty of shooting at another not in his own defense.　Grounds 4 and 5 of the amended motion for a new trial, in view of the note of the trial judge, are without merit.　The other special assignments of error, when the charge is read in its entirety, are without merit.　The charge of the court was adjusted to the issues, and the defendant has had a legal trial, and for no reason pointed out did the court err in overruling the motion for a new trial.

　　*Judgment affirmed.　Broyles, C. J., and Bloodworth, J., concur.*

　　　　　DECIDED MAY 12, 1926.

Conviction of shooting at another; from Macon superior court —Judge Littlejohn.　December 21, 1925.

*Homer Beeland,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1049, n. 82; p. 1050, n. 84.
Indictments and Informations, 31 C. J. p. 863, n. 5 New.

---

## 17193.　CRAIG et al. v. TAYLOR.

BROYLES, C. J.　1. A paper purporting to be an affidavit, but not signed by an affiant, is no affidavit and can not be amended; a judgment based thereon is void, and no execution can legally issue and no levy be legally made.　*Meadows* v. *Alexander,* 1 *Ga. App.* 40 (57 S. E. 901).

2. Under the above-stated rulings and the facts of the instant case, there was no case before the court, and the claimant's motion to dismiss the levy should have been sustained (*Morrison* v. *Anderson,* 111 *Ga.* 847, 36 S. E. 462); the judge of the superior court properly sustained the certiorari, but erred in ordering a new trial.　He should have dismissed the case.　　*Judgment reversed.　Luke and Bloodworth, JJ., concur.*

　　　　　DECIDED MAY 12, 1926.

Certiorari; from Gordon superior court—Judge Tarver.　January 16, 1926.

*J. Roy McGinty, Jesse M. Sellers,* for plaintiffs in error.

*C. N. King,* contra.

---

Affidavits, 2 C. J. p. 358, n. 34; p. 370, n. 58.
Certiorari, 11 C. J. p. 212, n. 63.
Executions, 23 C. J. p. 586, n. 85.